

**FILED**
**6/6/2024**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

**24CR50022**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. |
| vs. ) | |
| ) | Violation: Title 18, United |
| ) | States Code, Section 1703(b) |
| MARK R. PEASLEY ) | |

## INFORMATION

The ACTING UNITED STATES ATTORNEY charges:

On or about May 2, 2022, at Woodstock, in the Northern District of Illinois, Western Division,

MARK R. PEASLEY,

defendant herein, being a United States Postal Service employee, did knowingly and without authority open mail not directed to him, namely, a piece of mail addressed to Individual A at an address in Woodstock, Illinois, containing a rebate from Retail Store A in the amount of one hundred ninety seven dollars and seventy seven cents ($197.77);

In violation of Title 18, United State Code, Section 1703(b).


_____
MORRIS PASQUAL
ACTING UNITED STATES ATTORNEY